1  BUCHALTER
   A Professional Corporation
2  JASON E. GOLDSTEIN (SBN: 207481)
   DAVID M. LIU (SBN: 216311)
3  18400 Von Karman Avenue, Suite 800
4  Irvine, CA 92612-0514
   Telephone: 949.760.1121
5  Fax: 949.720.0182
   E-mail:   jgoldstein@buchalter.com; dliu@buchalter.com
6
7  Attorneys for Plaintiff
   PSG & ASSOCIATES MANAGEMENT, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| PSG & ASSOCIATES MANAGEMENT, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>POPULAR BANK, a New York corporation,<br><br>Defendants. | CASE NO. 3:24-cv-09560-TLT<br><br>**CERTIFICATE OF SERVICE**<br><br>Case Filed: December 31, 2024<br>Trial Date: None Set. |
|---|---|

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is at BUCHALTER, a Professional Corporation, 18400 Von Karman Avenue, Suite 800, Irvine, CA 92612-0514. My electronic mail address is jnewton@buchalter.com.

On the date set forth below, I served the foregoing document(s) described as:

**NOTICE OF HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

on the following parties by ☐ faxing; and/or ☒ emailing; and/or ☐ placing a true copy thereof in a sealed envelope as follows:

| | |
|---|---|
| Popular Bank<br>c/o CT Corporation System, Agent for Service of Process<br>330 N. Brand Boulevard, Suite 700<br>Glendale, CA 91203 | |
| Ron M. Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127 | Telephone: (415) 957-3000<br>Facsimile: (415) 957-3001<br>Email: roliner@duanemorris.com<br><br>Attorney Defendant,<br>*POPULAR BANK* |

☐     **BY MAIL**   I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The address(es) shown above is(are) the same as shown on the envelope. The envelope was placed for deposit in the United States Postal Service at Buchalter in Irvine, California on December 31, 2024. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on this date following ordinary business practices.

☒     **OVERNIGHT DELIVERY**   On December 31, 2024, I placed the Federal Express/Overnite Express package for overnight delivery in a box or location regularly maintained by Federal Express/Overnite Express at my office, or I delivered the package to an authorized courier or driver authorized by Federal Express/Overnite Express to receive documents. The package was placed in a sealed envelope or package designated by Federal Express/Overnite Express with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served at the address(es) shown above, as last given by that person on any document filed in the cause; otherwise at that party's place of residence.

☐ **BY PERSONAL DELIVERY**   On December 31, 2024, I placed the above-referenced envelope or package in a box or location regularly maintained at my office for our messenger/courier service or I delivered the envelope or package to a courier or driver authorized by our messenger/courier service to receive documents.  The package was placed in a sealed envelope or package designated by our messenger/courier service with delivery fees paid or provided for, addressed to the person(s) on whom it is to be personally served at the address(es) shown above as last given by that person on any document filed in the cause.  The messenger/courier service was provided with instructions that the envelope or package be personally served on the addressee(s) by same day delivery (C.C.P. §1011).

☐ **BY EMAIL**  On December 31, 2024, I caused the above-referenced document(s) to be sent in electronic PDF format as an attachment to an email addressed to the person(s) on whom such document(s) is/are to be served at the email address(es) shown above, as last given by that person(s) or as obtained from an internet website(s) relating to such person(s), and I did not receive an email response upon sending such email indicating that such email was not delivered.

☐ **BY ELECTRONIC SERVICE**   On December 31, 2024, via electronic transmission to CM/ECF e-service via the Internet as a scanned image of the document by electronically uploading a true copy thereof to CM/ECF.

☑  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.  Executed on January 2, 2025, at Irvine, California.

|  |  |
|---|---|
| Jason E. Goldstein | /s/ *Jason E. Goldstein* |
| (Name) | (Signature) |